UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MIGUEL BARAJAS VERDUZCO, ) | |
| ) | CASE NO. C13-1188-TSZ |
| Petitioner, ) | |
| ) | |
| v. ) | |
| ) | ORDER OF DISMISSAL |
| JANET NAPOLITANO, Secretary of the ) | |
| Department of Homeland Security, et al., ) | |
| ) | |
| Respondents. ) | |
| _____ ) | |

The Court, having reviewed petitioner's petition for writ of habeas corpus, respondent's return and motion to dismiss, Petitioner's response thereto, and the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, finds and Orders as follows:

(1) The Court adopts the Report and Recommendation;

(2) Respondents' motion to dismiss (Dkt. 13) is GRANTED, and petitioner's habeas petition is DISMISSED with prejudice. The temporary stay of removal (Dkt. 7) previously issued by the Court is VACATED; and

(3) The Clerk shall send a copy of this Order to the parties and to Judge Theiler.

ORDER OF DISMISSAL
PAGE -1

01       DATED this 22nd day of October, 2013.

02

03                                               /s/ Thomas S. Zilly

04                                               THOMAS S. ZILLY
                                              United States District Judge

05

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER OF DISMISSAL
PAGE -2